ARTEVA SPECIALTIES S.A.R.L.,
doing business as KoSa,
Petitioner

v.

ENVIRONMENTAL PROTECTION
AGENCY, Respondent.

Honeywell International,
Inc., Intervenor.

No. 96–1424.

United States Court of Appeals,
District of Columbia Circuit.

Feb. 3, 2010.

### ORDER

Upon consideration of the stipulation for dismissal of this petition, it is

**ORDERED** that the Clerk note on the docket that this case is dismissed. No mandate will issue.

Marjorie FUDALI, Appellee

v.

PIVOTAL CORPORATION, Appellant.

No. 09–7070.

United States Court of Appeals,
District of Columbia Circuit.

Feb. 12, 2010.

Neil Lawrence Henrichsen, Esquire, Eric Lee Siegel, Esquire, Henrichsen Siegel, PLLC, Washington, DC, for Appellee.

Kevin B. Bedell, Matthew Harrold Sorensen, Greenberg Traurig, LLP, McLean, VA, for Appellant.

### ORDER

Upon consideration of appellant's motion to withdraw the motion to withdraw counsel, and motion to withdraw appeal, it is

**ORDERED** that the motions be granted, and this case is hereby dismissed.

The Clerk is directed to transmit forthwith to the United States District Court for the District of Columbia a certified copy of this order in lieu of formal mandate.